PROB 12B
ED/AR (12/2010)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 15 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tara Marie Hamby                    Case Number: 4:10CR00172-01 JLH

Name of Sentencing Judicial Officer:    Honorable Jimm Larry Hendren
   Chief United States District Judge

   Transfer of Jurisdiction accepted on July 16, 2010
   Honorable J. Leon Holmes
   Chief United States District Judge

Offense: Bank Robbery

Date of Sentence: July 15, 2005

Sentence: 77 months Bureau of Prisons, 3 years supervised release, DNA, substance abuse treatment, mandatory drug testing, financial disclosure, $2,438 restitution, $2,000 fine, and $100 special penalty assessment

July 15, 2010: supervised release modified to include mental health counseling

Type of Supervision: Supervised Release     Date Supervision Commenced: May 28, 2010
   Expiration Date: May 27, 2013

Asst. U.S. Attorney: Jana Harris     Defense Attorney: Molly Sullivan

U.S. Probation Officer: Amber Dunn
Phone No.: 501-604-5278

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall be placed in home detention for a term of 90 days *without* the use of electronic monitoring as the defendant would not be able to make the daily payments and can be adequately supervised without the use of this device. She may leave her home only for work purposes, medical needs, to attend church, to assist with the care of her children, or as required by the United States Probation Office.**

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Tara Marie Hamby  Case Number: 4:10CR00172-01 JLH

## CAUSE

Mrs. Hamby is currently being supervised out of the Western District of Oklahoma. On December 5, 2011, the supervising U.S. Probation Officer reported that Mrs. Hamby left their district without permission. That same date, contact was made with Mrs. Hamby who stated she left the district and traveled to Missouri without permission due to a family emergency. She stated her mother began having health problems and there were no other family members to care for her. Mrs. Hamby stated she panicked when she learned of this and failed to call and obtain permission to travel. Mrs. Hamby subsequently returned to the Western District of Oklahoma without incident. On February 14, 2012, Mrs. Hamby spoke with Molly Sullivan of the Federal Public Defender's Office regarding this modification. Ms. Sullivan had no objections to modifying the conditions of Mrs. Hamby's supervised release.

Amber Dunn
U.S. Probation Officer

Date: February 14, 2012

Jana Harris
Assistant U.S. Attorney

Date: 2-15-12

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Febry 15, 2012

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

Alan Schoeneel
Supervising U.S. Probation Officer

ABD/kyj

Prob 12B                  -3-                  Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Tara Marie Hamby          Case Number: 4:10CR00172-01 JLH

c:  Assistant Federal Public Defender, Molly Sullivan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall be placed in home detention for a term of 90 days *without* the use of electronic monitoring as the defendant would not be able to make the daily payments and can be adequately supervised without the use of this device. She may leave her home only for work purposes, medical needs, to attend church, to assist with the care of her children, or as required by the United States Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer                  Probationer or Supervised Releasee

_____
DATE